UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SHIRLEY YOUNG,

    Plaintiff,                                       Case No. 3:21-cv-48

vs.

COMMISSIONER OF THE SOCIAL        District Judge Michael J. Newman
SECURITY ADMINISTRATION,            Magistrate Judge Peter B. Silvain, Jr.

    Defendant.

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 11); (2) DISMISSING THIS CASE WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE; AND (3) TERMINATING THIS CASE ON THE COURT'S DOCKET**

---

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Peter B. Silvain, Jr. (Doc. No. 11), to whom this case was referred pursuant to 28 U.S.C. § 636(b).  Noting that no objections have been filed and that the time for filing objections under Fed. R. Civ. P. 72(b) has expired, it is hereby **ORDERED** that: (1) the Report and Recommendation (doc. no. 11) is **ADOPTED** in full; (2) this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P 41(b) for failure to prosecute; and (3) this case is **TERMINATED** on the Court's docket.

    **IT IS SO ORDERED.**

November 12, 2021                                              s/Michael J. Newman
                                                                 Hon. Michael J. Newman
                                                                 United States District Judge